[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 29, 2010
JOHN LEY
ACTING CLERK

_____

No. 09-13488

_____

D. C. Docket No. 08-00150-CV-ORL-22DAB

DAVID MURRAY,

Plaintiff-Appellant,

versus

HARTFORD LIFE & ACCIDENT INSURANCE
COMPANY, a foreign corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 29, 2010)

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Appellant, David Murray, worked as an assistant manager for Publix Super

Markets, Inc.  While changing a light bulb in his home, he fell from a step ladder and suffered serious injuries to his back, legs and feet.  He was paid short term disability payments under an insurance plan with Hartford Life & Accident Insurance Company, which is controlled by ERISA.  His claim for long term disability benefits was denied and he filed suit.  The district court granted summary judgment in favor of Hartford and this appeal follows.

We have studied the briefs, reviewed the record and received oral argument. Finding no merit in the contentions being made and that the record supports the ruling of the district court, we affirm.

AFFIRMED.